[No. 27140-7-I.   Division One.   September 28, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EARIC
MCGEE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03143-4, Frank L. Sullivan, J., entered
October 15, 1990. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Webster and Agid, JJ.

[No. 11465-1-III.   Division Three.   September 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. REYES
J. ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 90-1-00603-0, Stephen M. Brown, J., entered
February 22, 1991. *Affirmed* by unpublished opinion per
Thompson, A.C.J., concurred in by Munson and Sweeney,
JJ.

[Nos. 14907-9-II; 16144-3-II.   Division Two.   September 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
CLIFFORD NORTHUP, *Appellant*.

*In the Matter of the Personal Restraint of*
JOSEPH CLIFFORD NORTHUP, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark
County, No. 90-1-01103-8, Robert L. Harris, J., entered
April 18, 1991, together with a petition for relief from per-
sonal restraint. Convictions *affirmed*, sentence *reversed in
part*, and petition *dismissed* by unpublished per curiam
opinion.